UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED TILLISY,

          Petitioner,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,

          Respondent.

Case No. C14-1768 RSM-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, and Petitioner having filed no objections, does hereby find and ORDER:

(1) The Report and Recommendation is **ADOPTED**;

(2) This 28 U.S.C. § 1361 petition (Dkt. 7) is **DENIED** and the matter is **DISMISSED** with prejudice;

(3) Petitioner's motion for counsel (Dkt. 8) is **DENIED as moot**; and

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 10 day of March 2015.

                                                        RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1